| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1( b)**<br>Denise Carlon, Esq.<br>KML LAW GROUP, P.C.<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106<br>215-627-1322<br>dcarlon@kmllawgroup.com<br>Attorney for: MidFirst Bank | Order Filed on January 11, 2021<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |

Case No:  20-17522-ABA

Chapter: 13

In Re:

 Helen A. McNeal,

        DEBTOR.

Judge: Andrew B. Altenburg, Jr.

# CONSENT ORDER ALLOWING LATE PROOF OF CLAIM

The relief set forth on the following page is hereby ordered **ORDERED**.

**DATED: January 11, 2021**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Page 2
Debtor:   Helen A. McNeal
Case No.:   20-17522-ABA
Caption:   **CONSENT ORDER ALLOWING LATE PROOF OF CLAIM**

This matter, having been brought before the Court by Denise Carlon, Esq., KML Law Group, P.C., attorneys for Secured Creditor, MidFirst Bank, holder of a mortgage on real property known as 154 Watsons Mill Road, Elmer, NJ 08318, with the consent of Terry Tucker, Esq., counsel for the Debtor, Helen A. McNeal,

It is hereby **ORDERED, ADJUDGED** and **DECREED** that Secured Creditor shall file a proof of claim within thirty (30) days of the date the parties execute this order; and

It is further **ORDERED, ADJUDGED** and **DECREED** that said proof of claim shall be deemed allowed; and

It is further **ORDERED, ADJUDGED** and **DECREED** that Debtor reserves the right to object to Secured Creditor's proof of claim.

I hereby agree and consent to the above terms and conditions:    Dated:1/8/2021

*/s/ Denise Carlon*
DENISE CARLON, ESQ., ATTORNEY FOR SECURED CREDITOR

I hereby agree and consent to the above terms and conditions:    Dated:1/7/2021

*/s/ Terry Tucker*
TERRY TUCKER, ESQ., ATTORNEY FOR DEBTOR