Printed on: 12/31/2021  
ISABEL C. BALBOA [*ICB-99001-00*]

Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
For the period of 01/01/2021 to 12/31/2021  
**Case Number: 20-17522 (ABA)**

Helen A. Mc Neal  
154 Watsons Mill Road  
Elmer, NJ  08318

Monthly Payment: $497.00  
Payments / Month: 1  
Current Trustee Comp.: 8.40%

**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 11/19/2021 | $248.50 | 12/07/2021 | $248.50 | 12/17/2021 | $248.50 | | |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | HELEN A. MC NEAL | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | TERRY TUCKER, ESQUIRE | 13 | $4,350.00 | $1,225.44 | $3,124.56 | $1,225.44 |
| 1 | ABC BAIL BONDS, INC. | 33 | $6,021.34 | $0.00 | $6,021.34 | $0.00 |
| 2 | ABC BAIL BONDS C/O MORGAN BORNSTEIN | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | ATLANTIC CITY ELECTRIC COMPANY | 33 | $2,099.92 | $0.00 | $2,099.92 | $0.00 |
| 4 | DELAWARE DIV OF TAXATION | 28 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5 | FRANK HOERST | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6 | DEPARTMENT OF THE TREASURY | 28 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7 | HYUNDAI CAPITAL AMERICA | 24 | $5,620.00 | $0.00 | $5,620.00 | $0.00 |
| 8 | MDG USA INC | 33 | $2,333.07 | $0.00 | $2,333.07 | $0.00 |
| 9 | MIDFIRST BANK | 24 | $6,653.37 | $0.00 | $6,653.37 | $0.00 |
| 10 | NEW CENTURY | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11 | PROGRESSIVE AUTO INS. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12 | PURCHASING POWER, LLC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 13 | QVC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14 | SPRINT CORPORATION | 33 | $3,916.76 | $0.00 | $3,916.76 | $0.00 |
| 15 | STATE OF DELAWARE DIV OF REVENUE | 28 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16 | STATE OF NJ-BKCY AND COMPLIANCE | 28 | $0.00 | $0.00 | $0.00 | $0.00 |
| 17 | OFFICE OF THE U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 18 | UBI CASH | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 19 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 20 | TERRY TUCKER | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 21 | ASHLEY FUNDING SERVICES, LLC | 33 | $823.00 | $0.00 | $823.00 | $0.00 |
| 22 | ASHLEY FUNDING SERVICES, LLC | 33 | $60.00 | $0.00 | $60.00 | $0.00 |
| 23 | ASHLEY FUNDING SERVICES, LLC | 33 | $72.69 | $0.00 | $72.69 | $0.00 |
| 24 | ASHLEY FUNDING SERVICES, LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 25 | NEW CENTURY FINANCIAL | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 26 | STATE OF DELAWARE | 28 | $2,169.77 | $0.00 | $2,169.77 | $0.00 |
| 27 | STATE OF NJ-BKCY AND COMPLIANCE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 28 | STATE OF DELAWARE | 33 | $271.50 | $0.00 | $271.50 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 29 | HYUNDAI CAPITAL AMERICA | 33 | $9,467.15 | $0.00 | $9,467.15 | $0.00 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 07/01/2020 | 8.00 | $0.00 |
| 03/01/2021 | Paid to Date | $1,332.00 |
| 04/01/2021 | 51.00 | $497.00 |
| 07/01/2025 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $745.50 |
| Total paid to creditors this period: | $1,225.44 |
| Undistributed Funds on Hand: | $682.89 |
| Arrearages: | $3,727.50 |
| Attorney: | TERRY TUCKER, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**