UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1**
Denise Carlon, Esq.
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
Main Number: (609) 250-0700
dcarlon@kmllawgroup.com
Attorneys for the Secured Creditor
MidFirst Bank

Order Filed on June 15, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No: **20-17522**

Chapter: <u>13</u>

Judge: Andrew B. Altenburg Jr.

In re:
Helen A. McNeal fka Helen A Johnson
                    Debtor

Charles McNeal
                    Co-Debtor

| Recommended Local Form: | ☐ Followed | ☐ Modified |
|---|---|---|

# ORDER VACATING STAY

The relief set forth on the following page is hereby ordered **ORDERED**.

**DATED: June 15, 2022**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Upon the motion of  MidFirst Bank, under
Bankruptcy Code section 362(a) and 1301 (c) for relief from the automatic stay as to certain
property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant to institute or resume
and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to
pursue the movant's rights in the following:

- ■   Real Property More Fully Described as:

     **Land and premises commonly known as      154 Watsons Mill Road, Elmer NJ
     08318**

- ☐   Personal Property More Fully Describes as:

It is further ORDERED that the movant may join the debtor and any trustee appointed in
this case as defendants in its action(s) irrespective of any conversion to any other chapter of the
Bankruptcy Code.

It is further ORDERED that the co-debtor stay is vacated.

The movant shall serve this order on the debtor, any trustee and any other party who
entered an appearance on the motion.