Printed on: 12/31/2024  
ANDREW B. FINBERG [*ICB-99001-00*]

Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
Case Number: 20-17522 (ABA)

Helen A. Mc Neal  
154 Watsons Mill Road  
Elmer, NJ  08318

Monthly Payment: $597.00  
Payments / Month: 1  
Current Trustee Comp.: 10.00%

**For the period of 01/01/2024 to 12/31/2024**
**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/02/2024 | $298.50 | 01/11/2024 | $298.50 | 02/06/2024 | $298.50 | 02/09/2024 | $298.50 |
| 02/22/2024 | $298.50 | 03/07/2024 | $298.50 | 03/21/2024 | $298.50 | 04/03/2024 | $298.50 |
| 04/18/2024 | $298.50 | 05/03/2024 | $298.50 | 05/16/2024 | $298.50 | 05/30/2024 | $298.50 |
| 06/12/2024 | $298.50 | 06/27/2024 | $298.50 | 07/10/2024 | $298.50 | 07/25/2024 | $298.50 |
| 08/08/2024 | $298.50 | 08/23/2024 | $298.50 | 09/05/2024 | $298.50 | 09/20/2024 | $298.50 |
| 10/02/2024 | $298.50 | 10/17/2024 | $298.50 | 10/30/2024 | $298.50 | 11/14/2024 | $298.50 |
| 12/02/2024 | $298.50 | 12/13/2024 | $298.50 | | | | |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | HELEN A. MC NEAL | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | TERRY TUCKER, ESQUIRE | 13 | $4,350.00 | $4,350.00 | $0.00 | $0.00 |
| 1 | ABC BAIL BONDS, INC. | 33 | $6,021.34 | $379.59 | $5,641.75 | $0.00 |
| 2 | ABC BAIL BONDS, INC. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | ATLANTIC CITY ELECTRIC COMPANY | 33 | $2,099.92 | $132.38 | $1,967.54 | $0.00 |
| 4 | DELAWARE DIV OF TAXATION | 28 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5 | FRANK HOERST | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6 | DEPARTMENT OF THE TREASURY | 28 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7 | HYUNDAI CAPITAL AMERICA | 24 | $5,620.00 | $5,620.00 | $0.00 | $3,315.29 |
| 8 | MDG USA, INC. | 33 | $2,333.07 | $147.08 | $2,185.99 | $0.00 |
| 9 | MIDFIRST BANK | 24 | $6,653.37 | $4,163.77 | $2,489.60 | $3,367.68 |
| 10 | NEW CENTURY | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11 | PROGRESSIVE AUTO INS. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12 | PURCHASING POWER, LLC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 13 | QVC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14 | SPRINT CORPORATION | 33 | $3,916.76 | $246.91 | $3,669.85 | $0.00 |
| 15 | STATE OF DELAWARE DIV OF REVENUE | 28 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16 | STATE OF NJ-BKCY AND COMPLIANCE | 28 | $0.00 | $0.00 | $0.00 | $0.00 |
| 17 | OFFICE OF THE U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 18 | UBI CASH | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 19 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 20 | TERRY TUCKER | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 21 | ASHLEY FUNDING SERVICES, LLC | 33 | $823.00 | $51.88 | $771.12 | $0.00 |
| 22 | ASHLEY FUNDING SERVICES, LLC | 33 | $60.00 | $3.78 | $56.22 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 23 | ASHLEY FUNDING SERVICES, LLC | 33 | $72.69 | $4.58 | $68.11 | $0.00 |
| 24 | ASHLEY FUNDING SERVICES, LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 25 | NEW CENTURY FINANCIAL | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 26 | STATE OF DELAWARE | 28 | $2,169.77 | $2,169.77 | $0.00 | $0.00 |
| 27 | STATE OF NJ-BKCY AND COMPLIANCE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 28 | STATE OF DELAWARE | 33 | $271.50 | $17.11 | $254.39 | $0.00 |
| 29 | HYUNDAI CAPITAL AMERICA | 33 | $9,467.15 | $596.82 | $8,870.33 | $0.00 |
| 30 | MIDFIRST BANK | 13 | $538.00 | $538.00 | $0.00 | $0.00 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 07/01/2020 | 19.00 | $0.00 |
| 02/01/2022 | Paid to Date | $3,071.50 |
| 03/01/2022 | 40.00 | $597.00 |
| 07/01/2025 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $7,761.00 |
| Total paid to creditors this period: | $6,682.97 |
| Undistributed Funds on Hand: | $3,026.90 |
| Arrearages: | ($274.84) |
| Attorney: | TERRY TUCKER, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**