Form cscnodsc − ntccsclsnodis

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 20−17522−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Helen A McNeal
   fka Helen A Johnson
   154 Watsons Mill Rd
   Elmer, NJ 08318

Social Security No.:
   xxx−xx−6325

Employer's Tax I.D. No.:

## NOTICE OF CASE CLOSED WITHOUT DISCHARGE

   All creditors and parties in interest are notified that the above−named case has been closed without entry of discharge for the reason(s) indicated below.

☑   Debtor has not filed a **Certificate of Debtor Education** proving compliance with the financial management course requirement for discharge.

☐   Joint debtor has not filed a **Certificate of Debtor Education** proving compliance with the financial management course requirement for discharge.

☐   Debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

☐   Joint debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

☐   Debtor has been granted a discharge under sections 727 or 1141 of the Bankruptcy Code in a case commenced within 8 years before the date of the filing of the petition.

☐   Joint debtor has been granted a discharge under sections 727 or 1141 of the Bankruptcy Code in a case commenced within 8 years before the date of the filing of the petition.

☐   Debtor has received a discharge in a case filed under chapter 7, 11, or 12 of the Bankruptcy Code during the 4−year period preceding the date of the petition; or in a case filed under chapter 13 of the Bankruptcy Code during the 2 year period preceding the date of the petition.

☐   Joint Debtor has received a discharge in a case filed under chapter 7, 11, or 12 of the Bankruptcy Code during the 4 year period preceding the date of the petition; or in a case filed under chapter 13 of the Bankruptcy Code during the 2 year period preceding the date of the petition.

☐   An Order denying or revoking the debtor's discharge was entered pursuant to section 727 of the Bankruptcy Code.

☐   An Order denying or revoking the joint debtor's discharge was entered pursuant to section 727 of the Bankruptcy Code.

    If the debtor subsequently files a Motion to Reopen the Case to allow for the filing of the above document, the debtor must pay the applicable filing fee. If the debtor's case was closed because the debtor received a discharge in a previous case as set forth above, the debtor will have received a Notice of Clerk's Evidence of Previous Discharge providing an opportunity to be heard prior to case closing.

Dated: August 15, 2025
JAN: eag

    Jeanne Naughton
    Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                                   Case No. 20-17522-ABA

Helen A McNeal                                                                                                Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1                          User: admin                                    Page 1 of 3

Date Rcvd: Aug 15, 2025               Form ID: cscnodsc                            Total Noticed: 28

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 17, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Helen A McNeal, 154 Watsons Mill Rd, Elmer, NJ 08318-2917 |
| 518865776 | + | ABC Bail Bonds c/o Morgan Bornstein, 1236 K Brace Rd, Cherry Hill, NJ 08034-3229 |
| 518865784 | + | Bankruptcy Department, 2727 Paces Ferry Road, SE, Building 2, Suite 1200, Atlanta, GA 30339-4053 |
| 518937447 | + | Charles McNeal, 154 Watson's Mill Rd, Elmer, Nj 08318-2917 |
| 519019968 | + | Denise Carlon Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 518865813 | + | Frank Hoerst, 13 West Ave, Woodstown, NJ 08098-1108 |
| 518865814 | ++ | PRESSLER FELT & WARSHAW LLP, 7 ENTIN RD, PARSIPPANY NJ 07054-5020 address filed with court:, New Century Financial, Attn: Pressler and Pressler, 16 Wing Dr, Cedar Knolls, NJ 07927 |
| 518865787 | + | State of Delaware Div of Revenue, POB 8717, Wilmington, DE 19899-8717 |
| 518865788 | | State of NJ-Bkcy and Compliance, Division of Taxation, 50 Barrack Street, 9th Floor, Trenton, NJ 8695 |
| 518865789 | + | UBI Cash, PO Box 965, Lac Du Flambeau, WI 54538-0965 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Aug 15 2025 21:06:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 15 2025 21:06:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: bankruptcy@purchasingpower.com | Aug 15 2025 21:06:00 | Purchasing Power, LLC, 2727 Paces Ferry Road, SE, Building 2, Suite 1200, Atlanta, GA 30339-6143 |
| 518872009 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 15 2025 21:14:08 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518865777 | + | Email/Text: bankruptcy@pepcoholdings.com | Aug 15 2025 21:06:00 | Atlantic City Electric, PO Box 13610, Philadelphia, PA 19101-3610 |
| 518884820 | + | Email/Text: bankruptcy@pepcoholdings.com | Aug 15 2025 21:06:00 | Atlantic City Electric Company, 5 Collins Drive, Suite 2133, Mail Stop 84CP42, Carneys Point, NJ 08069-3600 |
| 518912790 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Aug 15 2025 21:06:00 | HYUNDAI CAPITAL AMERICA DBA, KIA MOTORS FINANCE, PO BOX 20825, FOUNTAIN VALLEY, CA 92728-0825 |
| 518865779 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 15 2025 21:05:00 | IRS, P O Box 7346, Philadelphia, PA 19101-7346 |
| 518865780 | ^ | MEBN | Aug 15 2025 21:02:03 | Kia Motors c/o Synergetic Comm, 5450 NW Central #220, Houston, TX 77092-2061 |
| 518865781 | + | Email/Text: financeadmin@mdg.com | Aug 15 2025 21:05:00 | MDG USA INC, 3422 Old Capital Trail, PMB # 1993, Wilmington, DE 19808-6124 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 519057542 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Aug 15 2025 21:24:39 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 518865782 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Aug 15 2025 21:12:40 | Midland Mortgage, POB 26648, Oklahoma City, OK 73126-0648 |
| 518865836 | + | Email/PDF: bankruptcy@ncfsi.com | Aug 15 2025 21:12:51 | New Century, 16 Wing Dr, Cedar Knolls, NJ 07927-1023 |
| 518865783 | + | Email/Text: Triage_Bankruptcy_Notices@progressive.com | Aug 15 2025 21:05:00 | Progressive Auto Ins., 6300 Wilson Mills Rd., Cleveland, OH 44143-2182 |
| 518865785 | + | Email/Text: BKMailbox@QVC.com | Aug 15 2025 21:05:00 | QVC, 1200 Wilson Drive, West Chester, PA 19380-4262 |
| 518865786 | + | Email/PDF: ais.tmobile.ebn@aisinfo.com | Aug 15 2025 21:24:42 | Sprint, 6200 Sprint Parkway, Shawnee Mission, KS 66251-6105 |
| 518917154 | | Email/PDF: ais.tmobile.ebn@aisinfo.com | Aug 15 2025 21:12:39 | Sprint Corp, PO BOX 7949, OVERLAND PARK, KS 66207-0949 |
| 518881278 | + | Email/Text: REV_Bankruptcy_General@state.de.us | Aug 15 2025 21:06:00 | State of Delaware, 820 North French Street, MS # 25, Wilmington, DE 19801-3592 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518865775 | | ABC Bail Bonds |
| 518865778 | | Delaware Div of Taxation, Carvel State Office Bldg, 820 N French St |
| 518865835 | *+ | Frank Hoerst, 13 West Ave, Woodstown, NJ 08098-1108 |

TOTAL: 2 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 17, 2025    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 15, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew B Finberg | courtmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us |
| Andrew B Finberg | on behalf of Trustee Andrew B Finberg courtmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us |
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Isabel C. Balboa | |

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 3 of 3 |
| Date Rcvd: Aug 15, 2025 | Form ID: cscnodsc | Total Noticed: 28 |

        on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com

Terry Tucker
        on behalf of Debtor Helen A McNeal terrytucker@comcast.net

U.S. Trustee
        USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 6