UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:                                                                                      Bankr. Case No. 19-12879-MBK-13

WANDA THOMPSON and DOUGLAS THOMPSON                                Chapter 13
    Debtor(s)

**REQUEST FOR NOTICE**

    Pursuant to Rule 2002(g), Americredit Financial Services, Inc. dba GM Financial hereby requests that all notices, pleadings and other documents in this case be served upon it at the following address:

        Americredit Financial Services, Inc. dba GM Financial
        PO Box 183853
        Arlington, TX  76096

By  /s/  Mandy Youngblood

        Mandy Youngblood
        PO Box 183853
        Arlington, TX  76096
        877-203-5538
        877-259-6417
        Customer.service.bk@gmfinancial.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:                                                                                      Bankr. Case No. 19-12879-MBK-13

WANDA THOMPSON and DOUGLAS THOMPSON                                                          Chapter 13
    Debtor(s)

**Certificate of Service**

This Request for Notice was served electronically on the following individuals on January 5, 2021 :

WILLIAM H OLIVER JR  
2240 State Highway 33  
Suite 112  
Neptune, NJ 07753

Albert Russo  
CN 4853  
Trenton, NJ 08650

By /s/ Mandy Youngblood  
    Mandy Youngblood

xxxxx77726 / 981185